IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**     **JASON LEE SMITH**;
2.     JOSHUA TOBEY PEREA;
**3.**     **KRISTINE JOY SUMMERS**,

    Defendant.

## ORDER ON MOTIONS

This matter is before the Court on Defendant Kristine Joy Summers' Unopposed Motion to Waive Appearance at Pretrial Conference (Dkt. # 45) and the Government's Unopposed Motion to Continue Jury Trial and Final Trial Preparation Conference (Dkt. # 46). Upon review of the file, the Court finds as follows:

As for Dkt. # 46, it is hereby ORDERED that the final trial preparation conference currently set for March 10, 2006 is CONTINUED to **April 28, 2006 at 1:30 p.m.** and the four-day jury trial set to commence March 20, 2006 is CONTINUED to **May 8, 2006 at 1:30 p.m.**  The Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), a continuance serves the ends of justice and outweighs the public's and defendant's right in a speedy trial.  It is FURTHER ORDERED that the period of time between the filing of this motion and the new trial date shall be excluded under 18 U.S.C. § 3161(h)(8) of the Speedy Trial Act.

With regard to Dkt. # 45, the Court construes Defendant Summers' Motion to Waive Appearance (Dkt. # 45) as a motion to vacate the final trial preparation conference. Because the final trial preparation conference and trial in this matter have been continued, Dkt. # 45 is DENIED as moot.  In light of the Court being advised of the likelihood of reaching a plea agreement with Defendant Summers within 30 days, the parties are DIRECTED to file either a notice of disposition or a joint status report **on or before April 3, 2006.**

DATED: March 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge