IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;
2.    JOSHUA TOBEY PEREA;
**3.    KRISTINE JOY SUMMERS**,

    Defendant.

---

## ORDER TO MODIFY CONDITIONS OF RELEASE

---

Upon consideration, Defendant Kristine Joy Summers' Unopposed Motion to Modify Conditions of Bond (Dkt. # 51) is GRANTED. The Court hereby

ORDERS that Defendant Summers' bond is modified to allow her to reside with her parents as more fully set forth in the motion. All other original conditions of the bond shall remain in full force and effect.

DATED: March 21, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge.