IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    JASON LEE SMITH;
2.    JOSHUA TOBEY PEREA;
**3.**    **KRISTINE JOY SUMMERS**,

     Defendant.

---

## ORDER REGARDING JOINT STATUS REPORT

---

On March 31, 2006, the government and Defendant Kristine Joy Summers filed a Joint Status Report (Dkt. # 58) in which was indicated the parties' anticipation of a notice of disposition.  In light of that reference, the Court hereby

ORDERS that Defendant Summers shall have to and including May 15, 2006 within which to file either a notice of disposition or a second joint status report.

IT IS FURTHER ORDERED that Defendant Summers is excused from the final trial preparation conference and trial dates (April 28, 2006 and May 8, 2006, respectively), which dates remain on this Court's docket with regard to Defendant Jason Lee Smith.

     DATED: April 5, 2006

                         BY THE COURT:

                         *s/ Phillip S. Figa*

                         _____

                         Phillip S. Figa
                         United States District Judge