IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;
2.    JOSHUA TOBEY PEREA;
3.    **KRISTINE JOY SUMMERS**,

    Defendant.

## ORDER TO SCHEDULE STATUS CONFERENCE

A Notice of Disposition (Dkt. # 76) was filed on behalf of Defendant Kristine Joy Summers in the above matter on April 18, 2006. The Court hereby ORDERS that a status conference regarding Defendant Summers' plea agreement is SCHEDULED for **April 28, 2006 at 1:30 p.m.**, in lieu of the final trial preparation conference which was vacated at the motion hearing held April 19, 2006 (*see* Dkt. # 78). If counsel notifies the Court by noon on Wednesday, April 26, 2006 that a plea agreement has been finalized with regard to Defendant Summers, said status conference will be vacated.

    DATED: April 19, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge