IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;
2.    JOSHUA TOBEY PEREA;
3.    **KRISTINE JOY SUMMERS**,

    Defendant.

_____

**ORDER**
_____

Government's Unopposed Motion to Continue Status Conference **(Dkt. #85)** is GRANTED.  It is therefore

ORDERED that the Status Conference currently set for Friday, April 28, 2006, at 1:30 p.m. is VACATED.  It is

FURTHER ORDERED that counsel shall contact Chambers, *via* conference call, the week of May 1, 2006 to set this matter for a Change of Plea Hearing.

DATED April 24, 2006.

                        BY THE COURT:

                        *s: Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge